No. 342. THE PEOPLE v. RODRÍGUEZ.—Appeal from the District Court of San Juan. Decided April 26, 1911. Judgment affirmed. *Mr. Augusto Malaret* for appellant. *Mr. Jesús M. Rossy, fiscal,* for respondent.

---

No. 345. THE PEOPLE v. HERNÁNDEZ.—Appeal from the District Court of San Juan, Section 2. Decided May 4, 1911. Judgment affirmed. *Mr. José L. Pesquera* for appellant. *Mr. Jesús M. Rossy, fiscal,* for respondent.

---

No. 349. THE PEOPLE v. RODRÍGUEZ.—Appeal from the District Court of Guayama. Decided May 4, 1911. Judgment affirmed. *Mr. Luis Abella Blanco* for appellant. *Mr. Jesús M. Rossy, fiscal,* for respondent.

---

No. 344. THE PEOPLE v. SEGUÍ.—Appeal from the District Court of San Juan, Section 2. Decided May 4, 1911. Judgment affirmed. The appellant did not appear. *Mr. Jesús M. Rossy, fiscal,* for respondent.

---

No. 346. THE PEOPLE v. MARTÍNEZ.—Appeal from the District Court of Ponce. Decided May 5, 1911. Judgment affirmed. *Mr. José F. Fernández* for appellant. *Mr. Jesús M. Rossy, fiscal,* for respondent.

---

No. 699. LLONA v. MONT ET AL.—Appeal from the District Court of Arecibo. Motion to dismiss the appeal. Decided May 8, 1911. Appeal dismissed for noncompliance with section 299 of the Code of Civil Procedure and rule 40 of this court. *Messrs. Antonio Suliveres* and *Eugenio Benítez Castaño* for petitioner. *Mr. Salvador Picornell* for respondent.